IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 21-MJ-00657 |
| vs. | ) | |
| | ) | Colorado Case No. 21-MJ-00196-NYW |
| **LISA ANN HOMER** | ) | |
| a/k/a **LISA ANNE BOISSELLE** | ) | |
| | ) | |
| Defendant. | ) | |

## COURT ORDER

This Court, having considered the Motion for Pro Hac Vice Admission of David Chambers, and good cause having been shown, it is **ORDERED** that the Motion for Pro Hac Vice Admission is **GRANTED**; and it is **FURTHER ORDERED** that David Chambers shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel.

**SO ORDERED**.

DONE this _____ day of _____, 2022.

FOR THE COURT:

_____
United States District Judge