IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>**LISA ANN HOMER** )<br>a/k/a **LISA ANNE BOISSELLE** )<br> )<br>    Defendant. ) | Case No.: 21-MJ-00657<br><br>Colorado Case No. 21-MJ-00196-NYW |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I enter my limited appearance as counsel for Lisa Anne Boisselle solely for the purpose of moving to admit, *pro hac vice*, Attorney David Chambers.

Dated this 17th day of March, 2022.

Respectfully submitted,

*/s/ Jonathan Zucker*
Jonathan Zucker, #384629
37 Florida Av, NE Suite 200
Washington, DC 20002
jonathanzuckerlaw@gmail.com
202-624-0784

2

## CERTIFICATE OF SERVICE

 I certify that on 18th day of March, 2022, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

            */s/ Jonathan Zucker*