IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiff,<br><br>vs.<br><br>**LISA ANN HOMER**<br>a/k/a **LISA ANNE BOISSELLE**<br><br>  Defendant. | Case No.: 21-MJ-00657<br><br>Colorado Case No. 21-MJ-00196-NYW |

## COURT ORDER

This Court, having considered the Motion for Pro Hac Vice Admission of David Chambers (ECF No. 17) and the Supplement to the Motion (ECF No. 18), and good cause having been shown, it is **ORDERED** that the Motion for Pro Hac Vice Admission is **GRANTED**; and it is **FURTHER ORDERED** that David Chambers shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel.

**SO ORDERED**.

DONE this 21st day of March, 2022.

FOR THE COURT:

_____
United States District Judge