IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff, ) | |
| ) | Case No.: 21-MJ-00657 |
| vs. ) | |
| ) | Colorado Case No. 21-MJ-00196-NYW |
| **LISA ANN HOMER** ) | |
| a/k/a **LISA ANNE BOISSELLE** ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted *pro hac* vice and authorized to practice in this Court. I enter my appearance as counsel for Lisa Anne Boisselle.

Dated this 22nd day of March, 2022.

Respectfully submitted,

*/s/ David Chambers*

David Chambers, (CO Bar #50270)
Viorst Law Offices, PC
950 South Cherry Street, Suite 300
Denver, CO 80246
david@viorstlaw.com
(303) 759-3808

**CERTIFICATE OF SERVICE**

      I certify that on 22nd day of March, 2022, I caused a copy of the foregoing Motion to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

Jaqueline Schesnol, Esq.
United States Attorney's Office
jschesnol@usa.doj.gov

                                            */s/ Michelle Spadavecchia*